UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-80496-MARRA/MATTHEWMAN

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| DANIEL P. McKELVEY *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| AU CONSULTING LLC *et al.*, | ) |
| | ) |
| Relief Defendants. | ) |
| _____ | ) |

## JUDGMENT AS TO RELIEF DEFENDANT AU CONSULTING LLC

The Securities and Exchange Commission having filed a Complaint and Relief Defendant AU Consulting LLC ("Relief Defendant") having entered a general appearance; consented to the Court's jurisdiction over it and over the subject matter of this action; consented to entry of this Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Judgment:

### I.

### DISGORGEMENT

**IT IS ORDERED AND ADJUDGED** that Relief Defendant shall pay disgorgement of ill-gotten gains and prejudgment interest thereon. The Court shall determine the amount of disgorgement upon motion of the Commission. Prejudgment interest shall be calculated from

-2-

December 16, 2013 based on the rate of interest used by the Internal Revenue Service for the underpayment of federal income tax as set forth in 26 U.S.C. § 6621(a)(2).

In connection with the Commission's motion for disgorgement and at any hearing held on such a motion: (a) Relief Defendant will be precluded from arguing Defendants Daniel P. McKelvey, Alvin S. Mirman, Steven Sanders, Scott F. Hughes, Jeffrey L. Lamson and Edward G. Sanders did not violate the federal securities laws as alleged in the Complaint; (b) Relief Defendant may not challenge the validity of this Consent or the Judgment; (c) solely for the purposes of such motion, the allegations of the Complaint shall be accepted as and deemed true by the Court; and (d) the Court may determine the issues raised in the motion on the basis of affidavits, declarations, excerpts of sworn deposition or investigative testimony, and documentary evidence, without regard to the standards for summary judgment contained in Rule 56(c) of the Federal Rules of Civil Procedure. In connection with the Commission's motion for disgorgement, the parties may take discovery, including discovery from appropriate non-parties.

## II.

## INCORPORATION OF CONSENT

**IT IS FURTHER ORDERED AND ADJUDGED** that the Consent filed herewith is incorporated with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

## III.

## RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over this matter and over Relief Defendant for the purposes of enforcing the terms of this Judgment.

## IV.

## RULE 54(b) CERTIFICATION

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 2nd day of July, 2015.

KENNETH A. MARRA
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Jeffrey L. Lamson, *pro se*
2679 Aberdeen Lane
El Dorado Hills, CA 95762

Edward G. Sanders, *pro se*
9694 Royal Palm Blvd., # 22-3
Coral Springs, FL 33065