## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 15-cv-80496-MARRA/MATTHEWMAN

| | |
|---|---|
| **SECURITIES AND EXCHANGE** | ) |
| **COMMISSION,** | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) |
| **DANIEL P. McKELVEY** *et al.*, | ) |
| **Defendants,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **AU CONSULTING LLC** *et al.*, | ) |
| **Relief Defendants.** | ) |
| ———————————————— | ) |

### JUDGMENT AS TO RELIEF DEFENDANT FORTE CAPITAL PARTNERS LLC

The Securities and Exchange Commission having filed a Complaint and Relief Defendant
Forte Capital Partners LLC ("Forte Capital") having entered a general appearance; consented to
the Court's jurisdiction over it and over the subject matter of this action; consented to entry of
this Judgment without admitting or denying the allegations of the Second Amended Complaint
(except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right
to appeal from this Judgment:

### I.

### DISGORGEMENT

**IT IS ORDERED AND ADJUDGED** that Forte Capital shall pay disgorgement of ill-
gotten gains and prejudgment interest thereon.   The Court shall determine the amount of
disgorgement upon motion of the Commission.   Prejudgment interest shall be calculated from

———————
Initials

November 1, 2013 based on the rate of interest used by the Internal Revenue Service for the underpayment of federal income tax as set forth in 26 U.S.C. § 6621(a)(2).

In connection with the Commission's motion for disgorgement and at any hearing held on such a motion: (a) Forte Capital will be precluded from arguing Defendants Daniel P. McKelvey, Alvin S. Mirman, Steven Sanders, Scott F. Hughes, Jeffrey L. Lamson and Edward G. Sanders did not violate the federal securities laws as alleged in the Complaint; (b) Forte Capital may not challenge the validity of this Consent or the Judgment; (c) solely for the purposes of such motion, the allegations of the Complaint shall be accepted as and deemed true by the Court; and (d) the Court may determine the issues raised in the motion on the basis of affidavits, declarations, excerpts of sworn deposition or investigative testimony, and documentary evidence, without regard to the standards for summary judgment contained in Rule 56(c) of the Federal Rules of Civil Procedure.  In connection with the Commission's motion for disgorgement, the parties may take discovery, including discovery from appropriate non-parties.

## II.

### INCORPORATION OF CONSENT

**IT IS FURTHER ORDERED AND ADJUDGED** that the Consent filed herewith is incorporated with the same force and effect as if fully set forth herein, and that Forte Capital shall comply with all of the undertakings and agreements set forth therein.

## III.

### RETENTION OF JURISDICTION

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over this matter and over Forte Capital for the purposes of enforcing the terms of this Judgment.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this _30th_ day of

_____ June _____, 2016.


KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record

Jeffrey L. Lamson, *pro se*
2679 Aberdeen Lane
El Dorado Hills, CA 95762

Edward G. Sanders, *pro se*
9694 Royal Palm Blvd., # 22-3
Coral Springs, FL 33065