UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-80496-MARRA/MATTHEWMAN

SECURITIES AND EXCHANGE COMMISSION,   )
        Plaintiff,   )
v.   )
   )
DANIEL P. McKELVEY et al.,   )
        Defendants,   )
and   )
   )
AU CONSULTING LLC et al.,   )
        Relief Defendants.   )
_____   )

## JUDGMENT AS TO RELIEF DEFENDANT ILENE P. MIRMAN

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Ilene P. Mirman ("Relief Defendant") having entered a general appearance; consented to the Court's jurisdiction over her and over the subject matter of this action; consented to entry of this Judgment without admitting or denying the allegations of the Second Amended Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Judgment:

### I.

### DISGORGEMENT

**IT IS ORDERED AND ADJUDGED** that Relief Defendant shall pay disgorgement of ill-gotten gains and prejudgment interest thereon. The Court shall determine the amount of disgorgement upon motion of the Commission. Prejudgment interest shall be calculated from June 1, 2014 based on the rate of interest used by the Internal Revenue Service for the underpayment of federal income tax as set forth in 26 U.S.C. § 6621(a)(2).

In connection with the Commission's motion for disgorgement and at any hearing held on such a motion: (a) Relief Defendant will be precluded from arguing Defendants Daniel P. McKelvey, Alvin S. Mirman, Steven Sanders, Scott F. Hughes, Jeffrey L. Lamson and Edward G. Sanders did not violate the federal securities laws as alleged in the Second Amended Complaint; (b) Relief Defendant may not challenge the validity of this Consent or the Judgment; (c) solely for the purposes of such motion, the allegations of the Second Amended Complaint shall be accepted as and deemed true by the Court; and (d) the Court may determine the issues raised in the motion on the basis of affidavits, declarations, excerpts of sworn deposition or investigative testimony, and documentary evidence, without regard to the standards for summary judgment contained in Rule 56(c) of the Federal Rules of Civil Procedure.  In connection with the Commission's motion for disgorgement, the parties may take discovery, including discovery from appropriate non-parties.

II.

**INCORPORATION OF CONSENT**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Consent filed herewith is incorporated with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

III.

**RETENTION OF JURISDICTION**

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over this matter and over Relief Defendant for the purposes of enforcing the terms of this Judgment.

-3-

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 10th day of _____JULY_____, 2016.

                                                      **KENNETH A. MARRA**
                                                    **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Jeffrey L. Lamson, *pro se*
2679 Aberdeen Lane
El Dorado Hills, CA 95762

Edward G. Sanders, *pro se*
9694 Royal Palm Blvd., # 22-3
Coral Springs, FL 33065