UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-80496-MARRA/MATTHEWMAN

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| DANIEL P. McKELVEY *et al.*, | ) ) |
| Defendants, | ) |
| and | ) ) |
| AU CONSULTING LLC *et al.*, | ) ) |
| Relief Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE OF ITS CLAIMS FOR DISGORGEMENT AND
A CIVIL PENALTY AGAINST DEFENDANT DANIEL P. MCKELVEY**

Plaintiff Securities and Exchange Commission hereby files this Notice of Voluntary Dismissal with prejudice as to its claims for disgorgement and a civil penalty against Defendant Daniel P. McKelvey.

On July 5, 2016, the Court entered final judgment and permanent injunction by consent against McKelvey. [D.E. 92.] As discussed in the Commission's Status Report [D.E. 97], the only outstanding issues as to McKelvey are the amounts of the disgorgement and civil penalty claims, if any, to be sought by the Commission and the length of the officer and director bar to be imposed against him.

The Commission now voluntarily dismisses its disgorgement and civil penalty claims against McKelvey because of, among other things, his sentencing in the parallel criminal case. *See United States v. McKelvey*, Case No. 16-cr-20546-RNS. Specifically, on April 4, 2017, the

court in the parallel criminal case ordered McKelvey to forfeit $1,560,192 in ill-gotten property, including the disgorgement jointly sought in this matter, and on April 21, 2017, that court sentenced McKelvey to six months in prison. *United States v. McKelvey*, Case No. 16-cr-20546-RNS [D.E. 53, 57]. The Commission is <u>not</u> dismissing any of the injunctive relief as to McKelvey, including but not limited to, the officer and director bar to be imposed.

With this voluntary dismissal of the disgorgement and civil penalty claims against McKelvey – and the permanent injunction remaining in place against him [D.E. 92] – the only remaining issue, as to McKelvey, is the length of the officer and director bar to be imposed against him. That issue is currently before the Court pursuant to the Commission's contemporaneously filed Motion for Final Judgments. [D.E. 101].

                                                   Respectfully submitted,

October 6, 2017                      By:    <u>s/ James M. Carlson</u>
                                                         James M. Carlson
                                                         Assistant Chief Litigation Counsel
                                                         SD Fla. Court No. A5501534
                                                         Direct Dial: (202) 551-3711
                                                         E-mail:  <u>CarlsonJa@sec.gov</u>

                                                         Attorney for Plaintiff
                                                         **SECURITIES AND EXCHANGE COMMISSION**
                                                         100 F St. NE
                                                         Washington, DC 20549
                                                         Telephone: (202) 551-3711
                                                        Facsimile:   (202) 772-9292

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing documents is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

.                   _s/ James M. Carlson_
                                                      James M. Carlson

## SERVICE LIST

Jeffrey L. Lamson, *pro se*
2679 Aberdeen Lane
El Dorado Hills, CA 95762

(**Via First-Class Mail**)

Edward G. Sanders, *pro se*
9694 Royal Palm Blvd., # 22-3
Coral Springs, FL 33065

(**Via First-Class Mail**)

Joseph A. Sacher, Esq.
Gordon & Rees
200 S. Biscayne Blvd.
Suite 4300
Miami, FL 33131
jsacher@gordonrees.com

Counsel for Defendant Daniel P. McKelvey and
Relief Defendant Forte Capital Partners LLC

(**Via email and First-Class Mail**)

Walter J. Mathews, Esq.
Mathews Giberson LLP
200 S. Andrews Ave., Ste. 601
Fort Lauderdale, FL 33301
wjm@mathewsllp.com

Counsel for Defendant Alvin S. Mirman and Relief Defendant Ilene P. Mirman

(**Via email and First-Class Mail**)

James D. Sallah, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Road, #300e
Boca Raton, FL 33431
jds@sallahlaw.com

Counsel for Defendant Steven Sanders and Relief Defendants AU Consulting LLC and MBN Consulting LLC

(**Via First-Class Mail**)