UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-80496-MARRA/MATTHEWMAN

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| DANIEL P. McKELVEY *et al.*, | ) ) |
| Defendants, | ) |
| and | ) ) |
| AU CONSULTING LLC *et al.*, | ) ) |
| Relief Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF ITS CLAIM FOR
A CIVIL PENALTY AGAINST DEFENDANT JEFFREY LAMSON**

Plaintiff Securities and Exchange Commission hereby files this Notice of Voluntary Dismissal with prejudice as to its claim for a civil penalty against Defendant Jeffrey Lamson.

On June 22, 2015, the Court entered final judgment and permanent injunction by consent against Lamson. [D.E. 36.] As discussed in the Commission's Status Report [D.E. 97], the only outstanding issues as to Lamson are the amounts of the disgorgement and civil penalty claims, if any, to be sought by the Commission.

The Commission now voluntarily dismisses **only** its civil penalty claim against Lamson because of, among other things, his sentencing in a separate criminal case in the Eastern District of California. *See United States v. Lamson, et al*, Case No. 15-cr-00055-JAM (E.D. Cal. 2015) (the "California Action"). Specifically, on December 22, 2015, the court in the California Action sentenced Lamson to thirty months in prison. *United States v. Lamson, et al*, Case No. 15-cr-

00055-JAM (E.D. Cal. 2015) [D.E. 32].  The Commission's claim for disgorgement remains and is addressed in a contemporaneously filed motion.

With this voluntary dismissal of the civil penalty claim against Lamson – and the permanent injunction remaining in place against Lamson [D.E. 36] – the only remaining issue is the amount of disgorgement and prejudgment interest to be imposed against him.  Once this dismissal is entered and the above-described motion is ruled upon, all issues related to Lamson in this case will be resolved.

                                    Respectfully submitted,

October 6, 2017                  By:    s/ James M. Carlson
                                              James M. Carlson
                                              Assistant Chief Litigation Counsel
                                              SD Fla. Court No. A5501534
                                              Direct Dial: (202) 551-3711
                                              E-mail:  CarlsonJa@sec.gov

                                              Attorney for Plaintiff
                                              **SECURITIES AND EXCHANGE**
                                              **COMMISSION**
                                              100 F St. NE
                                              Washington, DC 20549
                                              Telephone: (202) 551-3711
                                              Facsimile:   (202) 772-9292

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing documents is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

.                                                          _s/  James  M.  Carlson_____
                                                           James M. Carlson

## SERVICE LIST

Jeffrey L. Lamson, *pro se*
2679 Aberdeen Lane
El Dorado Hills, CA 95762

(**Via First-Class Mail**)


Edward G. Sanders, *pro se*
9694 Royal Palm Blvd., # 22-3
Coral Springs, FL 33065

(**Via First-Class Mail**)

Joseph A. Sacher, Esq.
Gordon & Rees
200 S. Biscayne Blvd.
Suite 4300
Miami, FL 33131
jsacher@gordonrees.com

Counsel for Defendant Daniel P. McKelvey and
Relief Defendant Forte Capital Partners LLC

(**Via email and First-Class Mail**)

Walter J. Mathews, Esq.
Mathews Giberson LLP
200 S. Andrews Ave., Ste. 601
Fort Lauderdale, FL 33301
wjm@mathewsllp.com

Counsel for Defendant Alvin S. Mirman and Relief Defendant Ilene P. Mirman

(**Via email and First-Class Mail**)


James D. Sallah, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Road, #300e
Boca Raton, FL 33431
jds@sallahlaw.com

Counsel for Defendant Steven Sanders and Relief Defendants AU Consulting LLC and MBN Consulting LLC

(**Via First-Class Mail**)