UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-80496-MARRA/MATTHEWMAN

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| DANIEL P. McKELVEY *et al.*, | ) ) |
| Defendants, | ) |
| and | ) ) |
| AU CONSULTING LLC *et al.*, | ) ) |
| Relief Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH
PREJUDICE OF ITS CLAIMS FOR DISGORGEMENT AND
A CIVIL PENALTY AGAINST DEFENDANT STEVEN SANDERS**

Plaintiff Securities and Exchange Commission hereby files this Notice of Voluntary Dismissal with prejudice as to its claims for disgorgement and a civil penalty against Defendant Steven Sanders ("S. Sanders").

On July 2, 2015, the Court entered final judgment and permanent injunction by consent against S. Sanders. [D.E. 46.] As discussed in the Commission's Status Report [D.E. 97], the only outstanding issues as to S. Sanders are the amounts of the disgorgement and civil penalty claims, if any, to be sought by the Commission.

The Commission now voluntarily dismisses its disgorgement and civil penalty claims against S. Sanders because of, among other things, his sentencing in the parallel criminal case. *See United States v. Steven Sanders, et al*, Case No. 16-cr-20572-CMA. Specifically, on February 15, 2017, the court in the parallel criminal case ordered S. Sanders to forfeit

-2-

$2,354,617.09 in ill-gotten property, including the disgorgement jointly sought in this matter, and on February 21, 2017, that court sentenced S. Sanders to sixteen months in prison. *United States v. Steven Sanders*, Case No. 16-cr-20572-CMA [D.E. 52, 71].

With this voluntary dismissal of the disgorgement and civil penalty claims against S. Sanders – and the permanent injunction remaining in place against S. Sanders [D.E. 46] – all issues related to S. Sanders in this case are now resolved.

                                  Respectfully submitted,

October 6, 2017                 By:    s/ James M. Carlson
                                                   James M. Carlson
                                                   Assistant Chief Litigation Counsel
                                                   SD Fla. Court No. A5501534
                                                   Direct Dial: (202) 551-3711
                                                   E-mail:  CarlsonJa@sec.gov

                                                   Attorney for Plaintiff
                                                   **SECURITIES AND EXCHANGE COMMISSION**
                                                   100 F St. NE
                                                   Washington, DC 20549
                                                   Telephone: (202) 551-3711
                                                   Facsimile:   (202) 772-9292

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing documents is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

.  _s/ James M. Carlson_
James M. Carlson

## SERVICE LIST

Jeffrey L. Lamson, *pro se*
2679 Aberdeen Lane
El Dorado Hills, CA 95762

(**Via First-Class Mail**)


Edward G. Sanders, *pro se*
9694 Royal Palm Blvd., # 22-3
Coral Springs, FL 33065

(**Via First-Class Mail**)

Joseph A. Sacher, Esq.
Gordon & Rees
200 S. Biscayne Blvd.
Suite 4300
Miami, FL 33131
jsacher@gordonrees.com

Counsel for Defendant Daniel P. McKelvey and
Relief Defendant Forte Capital Partners LLC

(**Via email and First-Class Mail**)

Walter J. Mathews, Esq.
Mathews Giberson LLP
200 S. Andrews Ave., Ste. 601
Fort Lauderdale, FL 33301
wjm@mathewsllp.com

Counsel for Defendant Alvin S. Mirman and Relief Defendant Ilene P. Mirman

(**Via email and First-Class Mail**)


James D. Sallah, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Road, #300e
Boca Raton, FL 33431
jds@sallahlaw.com

Counsel for Defendant Steven Sanders and Relief Defendants AU Consulting LLC and MBN Consulting LLC

(**Via First-Class Mail**)