**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-cv-80496-MARRA/MATTHEWMAN**

| | |
|---|---|
| SECURITIES AND EXCHANGE | ) |
| COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| DANIEL P. McKELVEY *et al.*, | ) |
| | ) |
| Defendants, | ) |
| and | ) |
| | ) |
| AU CONSULTING LLC *et al.*, | ) |
| | ) |
| Relief Defendants. | ) |
| _____ | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH**
**PREJUDICE OF ITS CLAIMS FOR DISGORGEMENT AND**
<u>**A CIVIL PENALTY AGAINST DEFENDANT ALVIN S. MIRMAN**</u>

Plaintiff Securities and Exchange Commission hereby files this Notice of Voluntary

Dismissal with prejudice as to its claims for disgorgement and a civil penalty against Defendant

Alvin S. Mirman ("A. Mirman").

On July 11, 2016, the Court entered final judgment and permanent injunction by consent

against A. Mirman.  [D.E. 94.]  As discussed in the Commission's Status Report [D.E. 97], the

only outstanding issues as to A. Mirman are the amounts of the disgorgement and civil penalty

claims, if any, to be sought by the Commission.

The Commission now voluntarily dismisses its disgorgement and civil penalty claims

against A. Mirman because of, among other things, his sentencing in the parallel criminal case.

*See United States v. Mirman, et al*, Case No. 16-cr-20572-CMA.  Specifically, on February 15,

2017, the court in the parallel criminal case ordered A. Mirman to forfeit $2,409,806 in ill-gotten

property, including the disgorgement jointly sought in this matter, and on February 21, 2017, that

court sentenced A. Mirman to twelve months in prison. *United States v. A. Mirman*, 16-cr-

20572-CMA, [D.E. 57, 70].

With this voluntary dismissal of the disgorgement and civil penalty claims against A.

Mirman – and the permanent injunction remaining in place against A. Mirman [D.E. 94] – all

issues related to A. Mirman in this case are now resolved.

Respectfully submitted,

October 6, 2017                        By:    s/ James M. Carlson
                                              James M. Carlson
                                              Assistant Chief Litigation Counsel
                                              SD Fla. Court No. A5501534
                                              Direct Dial: (202) 551-3711
                                              E-mail:  CarlsonJa@sec.gov

                                              Attorney for Plaintiff
                                              **SECURITIES AND EXCHANGE**
                                              **COMMISSION**
                                              100 F St. NE
                                              Washington, DC 20549
                                              Telephone: (202) 551-3711
                                              Facsimile:   (202) 772-9292

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing documents is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

       .                                    _s/  James  M.  Carlson_____
                                              James M. Carlson

## SERVICE LIST

Jeffrey L. Lamson, *pro se*
2679 Aberdeen Lane
El Dorado Hills, CA 95762

(**Via First-Class Mail**)


Edward G. Sanders, *pro se*
9694 Royal Palm Blvd., # 22-3
Coral Springs, FL 33065

(**Via First-Class Mail**)

Joseph A. Sacher, Esq.
Gordon & Rees
200 S. Biscayne Blvd.
Suite 4300
Miami, FL 33131
jsacher@gordonrees.com

Counsel for Defendant Daniel P. McKelvey and
Relief Defendant Forte Capital Partners LLC

(**Via email and First-Class Mail**)

Walter J. Mathews, Esq.
Mathews Giberson LLP
200 S. Andrews Ave., Ste. 601
Fort Lauderdale, FL 33301
wjm@mathewsllp.com

Counsel for Defendant Alvin S. Mirman and
Relief Defendant Ilene P. Mirman

(**Via email and First-Class Mail**)


James D. Sallah, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Road, #300e
Boca Raton, FL 33431
jds@sallahlaw.com

Counsel for Defendant Steven Sanders and
Relief Defendants AU Consulting LLC and
MBN Consulting LLC

(**Via First-Class Mail**)