UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-80496-MARRA/MATTHEWMAN

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| DANIEL P. McKELVEY *et al.*, | ) ) |
| Defendants, | ) |
| and | ) ) |
| AU CONSULTING LLC *et al.*, | ) ) |
| Relief Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ITS
DISGORGEMENT CLAIM AGAINST RELIEF DEFENDANT AU CONSULTING LLC**

Plaintiff Securities and Exchange Commission hereby files this Notice of Voluntary Dismissal with prejudice as to its disgorgement claim against Relief Defendant AU Consulting LLC. The Commission is voluntarily dismissing its disgorgement claim as to AU Consulting because the company is now defunct and without assets.

Respectfully submitted,

October 6, 2017  By:  s/ James M. Carlson
James M. Carlson
Assistant Chief Litigation Counsel
SD Fla. Court No. A5501534
Direct Dial: (202) 551-3711
E-mail:  CarlsonJa@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
100 F St. NE
Washington, DC 20549
Telephone: (202) 551-3711
Facsimile:   (202) 772-9292

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing documents is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

.                                                                    _s/  James  M.  Carlson_____
                                                                      James M. Carlson

## SERVICE LIST

Jeffrey L. Lamson, *pro se*
2679 Aberdeen Lane
El Dorado Hills, CA 95762

(**Via First-Class Mail**)


Edward G. Sanders, *pro se*
9694 Royal Palm Blvd., # 22-3
Coral Springs, FL 33065

(**Via First-Class Mail**)

Joseph A. Sacher, Esq.
Gordon & Rees
200 S. Biscayne Blvd.
Suite 4300
Miami, FL 33131
jsacher@gordonrees.com

Counsel for Defendant Daniel P. McKelvey and
Relief Defendant Forte Capital Partners LLC

(**Via email and First-Class Mail**)

Walter J. Mathews, Esq.
Mathews Giberson LLP
200 S. Andrews Ave., Ste. 601
Fort Lauderdale, FL 33301
wjm@mathewsllp.com

Counsel for Defendant Alvin S. Mirman and
Relief Defendant Ilene P. Mirman

(**Via email and First-Class Mail**)


James D. Sallah, Esq.
Sallah Astarita & Cox, LLC
2255 Glades Road, #300e
Boca Raton, FL 33431
jds@sallahlaw.com

Counsel for Defendant Steven Sanders and
Relief Defendants AU Consulting LLC and
MBN Consulting LLC

(**Via First-Class Mail**)