UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-80496-MARRA/MATTHEWMAN

SECURITIES AND EXCHANGE )
COMMISSION, )
              Plaintiff, )
v. )
  )
DANIEL P. McKELVEY *et al.*, )
  )
              Defendants, )
and )
  )
AU CONSULTING LLC *et al.*, )
  )
              Relief Defendants. )
_____)

**FINAL JUDGMENT AS TO RELIEF DEFENDANT
FORTE CAPITAL PARTNERS, LLC SETTING
DISGORGEMENT AND PREJUDGMENT INTEREST AMOUNTS**

**THIS MATTER** is before the Court upon the Commission's Motion for Final Judgments and to Set Various Disgorgement, Prejudgment Interest, and Civil Penalty Amounts (the "Motion"). [D.E. # 101].

On July 5, 2016, this Court previously entered a Judgment against Relief Defendant Forte Capital (the "Judgment"). [D.E. # 91.] The Judgment provides that the Court shall determine the amounts of the disgorgement and prejudgment interest to be paid by Forte Capital upon the Commission's motion, with prejudgment interest to be calculated from November 1, 2013 based on the rate of interest used by the Internal Revenue Service for the underpayment of federal income tax as set forth in 26 U.S.C.§ 6621(a)(2). [*Id.* at § I.] The other relief imposed by the July 5, 2016 Judgment remains in full effect.

-2-

**UPON CONSIDERATION** of the Motion and being otherwise fully advised in the premises, it is **ORDERED AND ADJUGED** that the Plaintiff's Motion is **GRANTED** as to Forte Capital.

**IT IS FURTHER ORDERED AND ADJUGED** that Forte Capital is liable for disgorgement of $70,000, representing profits gained as a result of the conduct alleged in the Second Amended Complaint, together with prejudgment interest thereon in the amount of $5,803.45. The total amount payment of $75,803.45 shall be due and payable within fourteen (14) days from the date of this Final Judgment.

Forte Capital may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Forte Capital may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Forte Capital as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment. Forte Capital shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Forte Capital relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Forte Capital.

The Commission shall hold the funds (collectively, the "Fund") and may propose a plan to distribute the Fund subject to the Court's approval. The Court shall retain jurisdiction over the administration of any distribution of the Fund. If the Commission staff determines that the Fund will not be distributed, the Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of the Final Judgment. Forte Capital shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over this matter and Forte Capital in order to implement and carry out the terms of this Judgment and all Orders and Decrees that may be entered, and/or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 28nd day of February, 2018.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE