UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-80496-MARRA/MATTHEWMAN

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) |
| Plaintiff, | ) |
| v. | ) ) |
| DANIEL P. McKELVEY *et al.*, | ) ) |
| Defendants, | ) |
| and | ) ) |
| AU CONSULTING LLC *et al.*, | ) ) |
| Relief Defendants. | ) ) |

## FINAL JUDGMENT AS TO DEFENDANT DANIEL P. MCKELVEY IMPOSING A PERMANENT OFFICER AND DIRECTOR BAR

**THIS MATTER** is before the Court upon the Commission's Motion for Final Judgments and to Set Various Disgorgement, Prejudgment Interest, and Civil Penalty Amounts and Other Relief (the "Motion"). [D.E. # 101].

On July 5, 2016, this Court previously entered a Judgment of Permanent Injunction and Other Relief against Defendant Daniel McKelvey (the "Judgment"). [D.E. # 92.] Among other things, the Judgment provides that McKelvey will be prohibited, for a length to be determined upon Motion from the Commission, from acting as an officer and director of any issuer that has a class of securities registered pursuant to Section 12 of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. § 78l, or that is required to file reports pursuant to Section 15(d) of the Exchange Act, 15 U.S.C.§ 78o(d). [*Id.* at § XI.] The injunctive and other relief imposed by the July 5, 2016 Judgment remains in full effect.

UPON CONSIDERATION of the Motion and being otherwise fully advised in the premises, it is **ORDERED AND ADJUGED** that the Plaintiff's Motion is **GRANTED** as to McKelvey.

**IT IS FURTHER ORDERED AND ADJUGED** that the injunctive and other relief imposed against McKelvey by the July 5, 2016 Order shall remain in full effect.

**IT IS FURTHER ORDERED AND ADJUGED** that, pursuant to Section 21(d)(2) of the Exchange Act [15 U.S.C. § 78u(d)(2)] and Section 20(e) of the Securities Act of 1933 [15 U.S.C. § 77t(e)], McKelvey is ~~permanently~~ *for 10 years* prohibited from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)].

**IT IS FURTHER ORDERED AND ADJUDGED** that this Court shall retain jurisdiction over this matter and McKelvey in order to implement and carry out the terms of this Judgment and all Orders and Decrees that may be entered, and/or to entertain any suitable application or motion for additional relief within the jurisdiction of this Court.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 23rd day of February, 2018.

_____
**KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE**